**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **DAVID THOMAS,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | **5:06-CV-111 (WDO)** |
| : | |
| **JOHN POTTER, Postmaster** : | |
| **General, USPS, et al.,** : | |
| : | |
| **Defendant** : | |

## ORDER

Having carefully considered the Defendant United States of America's motion to dismiss, and Plaintiff's response in which he stated he has no objection to the dismissal of the United States, the motion to dismiss is GRANTED. Defendant United States of America shall be terminated from this case.

**SO ORDERED this 29th day of August, 2006.**


**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**